**DISMISS; and Opinion Filed July 5, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00390-CV

### SARAH HAWKINS, Appellant
### V.
### THE HOUSING AUTHORITY OF MCKINNEY, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00584-2018**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

The filing fee and clerk's record in this case are past due. By postcard dated April 6, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated May 25, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


        /David J. Schenck/
        DAVID J. SCHENCK
        JUSTICE


180390F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SARAH HAWKINS, Appellant

No. 05-18-00390-CV     V.

THE HOUSING AUTHORITY OF
MCKINNEY, Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-00584-2018.
Opinion delivered by Justice Schenck.
Justices Lang-Miers and Evans
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE HOUSING AUTHORITY OF MCKINNEY recover its costs of this appeal from appellant SARAH HAWKINS.

Judgment entered this 5th day of July, 2018.